BEFORE THE FIRST DIVISION, JANUARY 25, 1966

**No. 69754.**—Inter Maritime Fwdg. Co., Inc. *v.* United States, protests 64/22220, etc. (New York).

Opinion by OLIVER, J.   In accordance with stipulation of counsel that the merchandise consists of vinyl tape, coated on one side with an adhesive, similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained.